**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ABREU SANTIAGO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-17018 |
| | ) | |
| THE MALNATI ORGANIZATION, LLC, | ) | Honorable Sara L. Ellis |
| | ) | |
| and Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, ABREU SANTIAGO, and Defendant, THE MALNATI ORGANIZATION, LLC., hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice without cost to either party.


Respectfully submitted,


*Attorney for Plaintiff Abreu Santiago*

*/s/ Angela C. Spears*
Angela Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: (872) 329-4844
aspears@casslawgroup.com

*Attorney for Defendant The Malnati Organization, LLC.*

*/s/ Matthew Kellam*
Matthew Kellam
LANER MUCHIN, LTD.
515 N. State St., Suite 2400
Chicago, IL 60654
Ph: (312) 467-9800
mkellam@lanermuchin.com


Dated: September 9, 2024